UNITED STATES of America,
Plaintiff—Appellee,

v.

Rudy de Jesus MORENO, Defendant—
Appellant.

No. 07–10223.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2007.*

Filed Nov. 19, 2007.

Brian L. Sullivan, Esq., Office of the U.S. Attorney, Reno, NV, Robert L. Ellman, Esq., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Michael D. Powell, Esq., Federal Public Defender's Office, Reno, NV, for Defendant–Appellant.

Before: McKEOWN, TALLMAN and CLIFTON, Circuit Judges.

MEMORANDUM **

The parties' joint motion for summary reversal and remand is granted, and defendant's sentence is vacated. *See United States v. Vidal,* 504 F.3d 1072 (9th Cir. 2007) (en banc).

This appeal is remanded to the district court for the purpose of re-sentencing defendant.

**VACATED and REMANDED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.